UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY,<br><br>    Plaintiff,<br><br>    v.<br><br>S. JOHNSON, et al.,<br><br>    Defendants. | No. 2:16-cv-1173 TLN KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion to revoke.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's December 14, 2016 motion for an extension of time (ECF No. 17) is granted;

2. Plaintiff's opposition, filed December 15, 2016, is deemed timely.

Dated: January 20, 2017

hane1173.36

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE