UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. JOHNSON, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1173-TLN-KJN<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 22, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 24.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 25.) Defendants filed a response. (ECF No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. The Court finds Plaintiff provided additional information and clarification in his objections that adequately address the pertinent concerns raised by the magistrate judge in the findings and recommendations. Plaintiff has provided information about the process for moving prisoners by bus between prisons, the schedule for

1

Plaintiff's move between facilities, and stops the bus made at Folsom State Prison, High Desert State Prison, and CSP-Sacramento to collect other prisoners on the bus who Plaintiff alleges threatened him. (ECF No. 25 at 4–5.)[1] Plaintiff also provided examples of an inmate in his current facility threatening to stab him, the steps he took to twice report that threat, and what he alleges was a failure by the prison officials to respond to that report or protect him. (ECF No. 22 at 3–4, 6, 8.)

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed March 22, 2017, are adopted in part;

2. Defendants' motion for Plaintiff to post security (ECF No. 15) is DENIED without prejudice; and

3. Defendants' motion to revoke Plaintiff's in forma pauperis status (ECF No. 15) is DENIED without prejudice;

Dated: October 3, 2017

Troy L. Nunley
United States District Judge

---

[1] Defendants argue Plaintiff's confusion or misstatement about the dates of his moves between facilities is suspicious. (ECF No. 26 at 2.) Defendants, however, have provided different time periods for Plaintiff's time in Folsom State Prison, in one brief stating Plaintiff spent "nearly three months" there and in another brief stating he spent "six weeks" in that facility. (ECF No. 23 at 2; ECF No. 26 at 2.)