UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY, | No. 2:16-cv-01173-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| S. JOHNSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 17, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 57.) Both parties have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 17, 2018 are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 45) is granted as to Defendants Ramirez, Cross, Herring, Fields, Larios, Turner, and Baker; Defendants' summary judgment motion is denied as to Defendant Johnson; and

3. Plaintiff's motion to stay Defendants' summary judgment motion, pursuant to Federal Rule of Civil Procedure 56(d) (ECF No. 51) is denied.

Dated: January 17, 2019

Troy L. Nunley
United States District Judge