UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. JOHNSON, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1173 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On January 21, 2020, plaintiff wrote the court to complain that although this case settled on January 7, 2020, he remains housed at California State Prison, Sacramento, rather than being returned to High Desert State Prison, where his legal materials and personal property are housed. Moreover, plaintiff is pursuing a criminal appeal at this time and needs access to his legal materials. Good cause appearing, IT IS HEREBY ORDERED that within seven days from the date of this order, counsel for defendants shall inform the court whether plaintiff is being promptly returned to High Desert State Prison or his legal materials have been delivered to him. (ECF No. 112.)

Dated: January 30, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hane1173.fb

1