UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE HANEY,

    Plaintiff,

v.

S. JOHNSON, et al.,

    Defendants.

No. 2: 16-cv-1173 TLN KJN P

ORDER

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was transferred from High Desert State Prison ("HDSP") to California State Prison-Sacramento ("CSP-Sac") for a settlement conference, held on January 7, 2020. This action settled.

On January 21, 2020, plaintiff filed a letter with the court stating that he had not been returned to HDSP, where his legal materials and personal property were stored. (ECF No. 112.) On January 30, 2020, the undersigned granted defendants ten days to inform the court whether plaintiff had been returned to HDSP and whether his legal materials had been delivered to him. (ECF No. 113.)

On February 6, 2020, defendants informed the court that plaintiff was transported to HDSP on February 4, 2020. (ECF No. 114.) Defendants also informed the court that the HDSP Litigation Coordinator advised that plaintiff should receive his legal property on February 10 or

1

11, 2020, barring unforeseen circumstances. (Id.)

Good cause appearing, IT IS HEREBY ORDERED that the concerns raised by plaintiff in his January 21, 2020 letter (ECF No. 112) are deemed resolved.

Dated: February 12, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Han1173.set