UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY,<br><br>        Plaintiff,<br><br>      v.<br><br>S. JOHNSON, et al.,<br><br>        Defendants. | No. 2:16-cv-1173 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2020, a settlement conference was held. This action settled. On January 13, 2020, the parties filed a stipulation for voluntary dismissal. (ECF No. 110.)

On March 5, 2020, plaintiff filed a letter requesting court assistance. (ECF No. 116.) In this letter, plaintiff alleges that when he returned to High Desert State Prison ("HDSP") after attending the settlement conference at this court, prison officials did not allow him to return to his job. Plaintiff alleges that he has reason to believe that prison officials refused to allow him to return to his job in retaliation for plaintiff attending the settlement conference. Plaintiff alleges that he is aware of another inmate who was out-to-court for longer than plaintiff who was permitted to return to his job. Plaintiff requests that the court assist him in returning to his job.

Plaintiff's claim that prison officials refused to return him to his job in retaliation for attending the settlement conference is speculative and not well supported. Prison officials have

discretion in making job assignments.  For these reasons, the undersigned will not order prison officials to file a response to plaintiff's March 5, 2020 letter.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for court assistance in returning to his job, contained in the March 5, 2020 letter, is denied.

Dated: March 25, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hane1173.58